UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

RICHARD DZIONARA-NORSEN,

                            Plaintiff(s),

                                  ***MEDIATION CERTIFICATION***

                                  __21__ - cv - __6715__

                        v.

COUNTY OF MONROE, et al.,

                            Defendant(s).

_____

    I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

✓ Mediation session was held on __2/15/23__.

    ☐ ***Case has settled.*** (Comment if necessary).

    ☐ ***Case has settled in part.*** (Comment below). Mediation will continue on_____.

    ☐ ***Case has settled in part.*** (Comment below). Mediation is complete.

    ☐ ***Case has not settled.*** Mediation will continue on _____.

    ✓ ***Case has not settled.***

***Date:*** 07/12/2023                                   ***Mediator:*** /S/ Amanda G. Williams

***Additional Comments:***
_____
_____
_____