## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

**Richard Dzionara-Norsen,**

Plaintiff,

v.

**County of Monroe, et al.,**

Defendants.

**3d AMENDED SCHEDULING ORDER**

21-cv-6715-FPG-MJP

**PURSUANT TO** the order of the Hon. Frank P. Geraci, District Judge, referring the above case to the undersigned for pretrial matters and the entry of a scheduling order under Fed. R. Civ. P. 16(b) and W.D.N.Y. Loc. R. Civ. P. 16, and the parties having submitted a joint letter motion requesting an extension of discovery deadlines, (ECF No. 29), it is

**ORDERED** that

1.    **Close of fact discovery.** The parties shall complete all fact discovery by March 27, 2024.

2.    **Experts.** Plaintiff shall identify any expert witnesses and serve any expert reports no later than April 29, 2024. Defendant shall identify any expert witnesses and serve any expert reports no later than May 22, 2024. The parties shall complete all expert discovery no later than June 26, 2024.

3.    **Motions to compel.** The parties shall file any motions to compel discovery no later than March 1, 2024.

4.      **Dispositive motions.** Dispositive motions, if any, shall be filed no later than August 27, 2024.

5.      **Discovery disputes.** The Court requires that if any discovery disputes arise between the parties that the parties send a letter to the Court detailing the dispute before any motion practice.

6.      **Extensions.** Requests to extend the cut-off dates may be granted upon written application, made before the applicable cut-off date, and showing good cause for the extension. Application for extension should be made to the undersigned. Joint or unopposed requests to extend the deadlines set forth in this order need not be made by formal motion, but rather may be sought in a letter motion to the Court. Letter motions for an extension must detail good cause for the extension and propose specific new dates that fall on a business day.

7.      **Warning.** The undersigned may, on motion or *sua sponte*, impose sanctions where parties willfully ignore or otherwise fail to adhere to this scheduling order. *See* Fed. R. Civ. P. 16(f).

**SO ORDERED.**

Dated:          November 7, 2023
                Rochester, NY

_____

MARK W. PEDERSEN
United States Magistrate Judge